*B. W. Hanna,* Attorney General, for the State.

———————————

## RANDLES *v.* RANDLES.

PLEADING.—*Complaint.*—A complaint which, purporting to be upon a promissory note, alleges a promise by defendant, on a day in blank, to pay blank dollars and blank cents, and with which no note or copy thereof is filed, is insufficient.

APPEAL from the Tippecanoe Common Pleas.

DOWNEY, J.—The only question made in this case is as to the sufficiency of the complaint. It is as follows:

"The State of Indiana, Tippecanoe County, ss. In the Common Pleas Court. To the November term, 1869.

" Peter Randles, plaintiff, complains of Benjamin Randles, defendant, and says that the defendant, on the —— day of ————, by his note, a copy of which is filed herewith, promised to pay Peter Randles ——— dollars and ——— cents, which remains unpaid; and the plaintiff claims judgment for five hundred dollars. Other relief.

                    "W. C. WILSON, Attorney for Plaintiff."

Neither the note nor a copy of it was filed with the complaint.

We think the complaint was insufficient.

The judgment is reversed, with costs, and the cause remanded.

*W. D. Lee* and *P. H. Lee,* for appellant.

*W. C. Wilson,* for appellee.